**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| KENNETH LEWIS,<br><br>                                Petitioner,<br><br>                                v.<br><br>RJD,<br><br>                                Respondent. | Case No.:  25-CV-2209 JLS (VET)<br><br>**ORDER DENYING REQUEST FOR RECALL OF SENTENCE**<br><br>(ECF No. 10) |

Presently before the Court is Petitioner Kenneth Lewis's Request for Recall of Sentence ("Request," ECF No. 10).  On October 14, 2025, the Court dismissed Petitioner's First Amended Petition for Writ of Habeas Corpus filed pursuant to 28 U.S.C. § 2254, as he failed to satisfy the filing fee requirement, state a cognizable claim, or allege exhaustion of state judicial remedies.  ECF Nos. 5, 6.  Although the Court declined to grant Petitioner further leave to amend, he nonetheless filed a Second Amended Petition on November 13, 2025.  ECF No. 8.  The Court declined to reopen the case because the Second Amended Petition failed to cure the deficiencies outlined in the Court's previous dismissal order. ECF No. 9.  The Court also declined to grant a certificate of appealability.  *Id.*

On December 22, 2025, Petition filed the present Request for Recall of Sentence pursuant to California Assembly Bill 600 and California Penal Code § 1172.1.  *See* Docket.

1

As discussed in this Court's previous orders, federal habeas relief is not available for alleged errors of state sentencing law. *See Lewis v. Jeffers*, 497 U.S. 764, 780 (1990); *see also Cummings v. CDCR*, No. 22-cv-23 (PA) AFM, 2022 WL 1063754, at *3 (C.D. Cal. Apr. 5, 2022) (collecting cases explaining "claims alleging entitlement to resentencing under various amendments to the California Penal Code are not cognizable"). Thus, Petitioner's Request for Recall of Sentence (ECF No. 10) is **DENIED**, and the case remains closed. No further filings will be considered in this closed case.

  **IT IS SO ORDERED.**

Dated: June 2, 2026

             Hon. Janis L. Sammartino
             United States District Judge

25-CV-2209 JLS (VET)